JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ, | NO. EDCV 22-00620-SVW (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| JERRY OURIQUE, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation filed concurrently herewith,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus in this matter is denied and that this action is dismissed with prejudice.

DATED: March 12, 2026



_____

STEPHEN V. WILSON
United States District Judge